1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814                    **OK/HAV**
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TERESA PERRY

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        )  NO. CR-S-07-0021 DFL
12                                   )
                      Plaintiff,     )  STIPULATION AND ORDER CONTINUING
13                                   )  STATUS CONFERENCE
        v.                           )
14                                   )
   TERESA PERRY,                     )  Date:  March 1, 2007
15                                   )  Time:  10:00 a.m.
                      Defendant.     )  Judge: David F. Levi
16                                   )
   _____   )
17

18
        It is hereby stipulated and agreed to between the United States of
19
   America through Heiko Coppola, Assistant United States Attorney, and
20
   TERESA PERRY, by and through her counsel, Matthew C. Bockmon, Assistant
21
   Federal Defender, that the status conference presently scheduled for
22
   February 22, 2007 be vacated and rescheduled for status conference on
23
   March 1, 2007, at 10:00 a.m.
24
        This continuance is being requested because defense counsel needs
25
   additional time to review the discovery received to date with his
26
   client and for on-going defense investigation, preparation and plea
27
   negotiation.
28

1    IT IS FURTHER STIPULATED that the period from February 22, 2007,

2  through and including March 1, 2007, be excluded in computing the time

3  within which trial must commence under the Speedy Trial Act, pursuant

4  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and

5  preparation of counsel.

6  Dated: February 16, 2007

7                                          Respectfully submitted,

                                           DANIEL J. BRODERICK
8                                          Federal Defender

9                                          /s/ Matthew C. Bockmon

10                                         _____
                                           MATTHEW C. BOCKMON
                                           Assistant Federal Defender
11                                         Attorney for Defendant
                                           TERESA PERRY
12

13
   Dated: February 16, 2007
14
                                           MCGREGOR W. SCOTT
15                                         United States Attorney

16                                         /s/ Matthew C. Bockmon for

17                                         _____
                                           HEIKO COPPOLA
                                           Assistant U.S. Attorney
18                                         per telephonic authority

19

20
                              **O R D E R**
21

22  IT IS SO ORDERED.

23  Dated:  February 16, 2007
                                           /s/ David F. Levi          _____
24  _____            DAVID F. LEVI
                                           United States District Judge
25

26

27

28

Stip & Order                          2