DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700        **OK/HAV**

Attorney for Defendant
TERESA PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0021 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| TERESA PERRY, ) | Date: March 15, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: David F. Levi |
| ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney, and TERESA PERRY, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for March 1, 2007 be vacated and rescheduled for status conference on March 15, 2007, at 10:00 a.m.

   This continuance is being requested because defense counsel needs additional time to review the recently-received discovery, including four (4) CDs, with his client and for on-going defense investigation, preparation and plea negotiation.

   IT IS FURTHER STIPULATED that the period from March 1, 2007,

1  through and including March 15, 2007, be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4  preparation of counsel.
5  Dated: February 28, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TERESA PERRY

Dated: February 28, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
HEIKO COPPOLA
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  March 1, 2007

/s/ David F. Levi
_____
DAVID F. LEVI
United States District Judge

Stip & Order                            2