PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) <br> ) <br> vs.   ) <br> ) <br> **Teresa PERRY**   ) <br> ) | **Docket Number:  2:07CR00021-01** |

On November 20, 2007, the above-named was placed on Supervised Release for a period of 4 years, which commenced on August 28, 2009.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON
United States Probation Officer**

Dated:    July 25, 2011
             Roseville, California
             SRS:cd

**REVIEWED BY:**    /s/ Kyriacos M. Simonidis
                                **KYRIACOS M. SIMONIDIS
                                Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:** **Teresa PERRY**
**Docket Number:  2:07CR00021-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Teresa Perry be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 7/29/2011 | /s/ John A. Mendez |
| **Date** | **JOHN A. MENDEZ** |
| | **United States District Judge** |

SRS:cd
Attachment:   Recommendation
cc:   United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  2:07CR00021-01 |
| ) | |
| Teresa PERRY ) | |
| ) | |

**LEGAL HISTORY:**

On November 20, 2007, the above-named was placed on Supervised Release for a period of 4 years, which commenced on August 28, 2009.  Special conditions included:  Warrantless search; Financial disclosure and restrictions; Drug/alcohol/mental health treatment, testing, and co-payment; Cellular phone restrictions; No alcohol; Drug offender registration; Submit to DNA collection; $100 special assessment (paid in full).

**SUMMARY OF COMPLIANCE:**

Ms. Perry has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Ms. Perry has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:   Teresa PERRY**
**Docket Number:   2:07CR00021-01**
**RECOMMENDATION TERMINATING**
**<u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**

**<u>RECOMMENDATION:</u>**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Dated:       July 11, 2011
             Roseville, California
             SRS:cd

**REVIEWED BY:**     /s/ Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

cc:   AUSA Heiko P. Coppola (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)